IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | |
|---|---|
| JENNIFER BRASUELL, | ) |
| | ) |
| Plaintiff, | )   5:12-cv-05260-JLH |
| | ) |
| v. | )   Judge Hendren |
| | ) |
| THE MCHUGHES LAW FIRM, LLC., | ) |
| | ) |
| Defendant. | ) |

**STIPULATION TO DISMISS WITH PREJUDICE PURSUANT TO SETTLEMENT**

By agreement, the parties to the above-captioned action, by and through their respective attorneys, state as follows:

1. Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate and agree that the above-captioned action should be dismissed.

2. The parties, by agreement, respectfully request that this case be dismissed with prejudice and without costs to any party, all costs having been paid and all matters in controversy for which this action was brought having been fully settled, compromised and adjourned.

Date: March 15, 2013

| For Plaintiff, | For Defendant, |
|---|---|
| **Jennifer Brasuell** | **The McHughes Law Firm, LLC** |
| /s Larry P. Smith | s/ Becky A. McHughes |
| Larry P. Smith (Atty. No.: 6217162) | Becky A. McHughes (Atty. No.: 03024) |
| SMITHMARCO, P.C. | The McHughes Law Firm, LLC |
| 205 North Michigan Avenue, Suite 2940 | P.O. Box 2180 |
| Chicago, IL 60601 | Little Rock AR 72203 |
| Telephone: (312) 324-3532 | Telephone: (501) 376-9131 x118 |
| Facsimile: (888) 418-1277 | Facsimile: (501) 918-4005 |
| E-Mail: lsmith@smithmarco.com | E-Mail: becky@mchugheslaw.com |

1